JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 22-7806-JFW (KSx)**                    Date: December 28, 2022

Title:       Armando Alba -v- Clean Harbors Environmental Services, Inc. et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Jennifer Graciano**                              **None Present**
**Courtroom Deputy**                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                        None

**PROCEEDINGS (IN CHAMBERS):        ORDER OF DISMISSAL**


        In the Notice of Settlement-in-Principle and Stipulation to Stay All Future Deadlines filed
on December 27, 2022, Docket No. 23, the parties represent that they have settled this action.
As a result, the Court dismisses this action without prejudice subject to either party reopening the
action on or before March 1, 2023.  The Court will retain jurisdiction for the sole purpose of
enforcing the settlement until March 1, 2023.  Thereafter, absent further order of the Court, the
dismissal of this action will be with prejudice.  All dates in this action, including the trial date are
vacated.
        IT IS SO ORDERED.

Initials of Deputy Clerk  _jgr

(Rev. 1/14/15)